135 A.3d 580

**Richard Ralph FEUDALE, Appellant**

v.

**AQUA PENNSYLVANIA, INC. and Department of Conservation and Natural Resources of the Commonwealth of PA, Appellees.**

Supreme Court of Pennsylvania.

April 25, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of April, 2016, the Order of the Commonwealth Court is AFFIRMED.